Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000683
24-SEP-2012
11:32 AM

NO. CAAP-11-0000683

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


LEILANI J. MINDORO, on behalf of EDWARD BERNABE,
Petitioner-Appellant,
v.
TYLER IWAMOTO, TRAVIS IWAMOTO, and MICHELLE PRICE,
Respondents-Appellees


APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-DA No. 11-1-0211)


ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:
(1) on September 16, 2011, Respondent-Appellant Leilani J.
Mindoro, on behalf of Edward Bernabe, filed a notice of appeal;
(2) the record on appeal was filed on November 15, 2011, and the
appellate clerk informed Appellant that the jurisdictional
statement was due on or before November 25, 2011 and the opening
brief was due on or before December 27, 2011; (3) Appellant did
not file either document; (4) on September 7, 2012, the appellate
clerk informed Appellant that: (a) the time for filing the
statement of jurisdiction and the opening brief expired; (b)
pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure,
the matter would be called to the attention of the court on
September 17, 2012 for such action as the court deemed proper;
and (c) the appeal may be dismissed; and (5) thereafter,
Appellants did not file the statement of jurisdiction or the
opening brief or respond to the notice of default.  Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 24, 2012.

Presiding Judge

Associate Judge

Associate Judge